IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SANTOS ROBINSON**　　　　　　　　　　　　　　　　　　　　　　**PETITIONER**
*ADC #179454*

v.　　　　　　　　**CASE NO. 4:25-CV-00026-BSM**

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction**　　　　　　　　　　　　　　**RESPONDENT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 26th day of February, 2025.

_____
UNITED STATES DISTRICT JUDGE